UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVIS JAMES,

               Plaintiff,

-against-

DANA GAGE, et al.,

               Defendants.

**ORDER**

15-CV-00106 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    The Court held an Initial Pretrial Telephone Conference at 09:30 a.m. on May 13, 2021. Counsel for Defendants and Plaintiff, proceeding *pro se*, appeared. A Civil Case Management Order, as well as an Order of Reference referring this matter to Magistrate Judge McCarthy, will be docketed separately

    Defense counsel is directed to mail a copy of this Order to Plaintiff and file proof of service on the docket.

**SO ORDERED:**

Dated: White Plains, New York
       May 13, 2021

_____
PHILIP M. HALPERN
United States District Judge